JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE BUELNA,<br><br>        Plaintiff(s),<br><br>VS.<br><br>WASHINGTON MUTUAL BANK, F.A., et al.,<br><br>        Defendant(s). | Case No. CV 12-02102-RGK (OPx)<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On July 20, 2012, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution. Plaintiff's response was due on or before August 3, 2012. As of today's date, no response has been filed, therefore, the case is ordered dismissed.

**IT IS SO ORDERED.**

Dated: August 24, 2012

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE